

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

SHAWNTRELL DAWKINS, §

     Appellant, §

v. §

THE STATE OF TEXAS, §

     State. §

§

No. 08-13-00012-CR

Appeal from the

409th District Court

of El Paso County, Texas

(TC# 20090D05205)

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **August 30, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Patrick A. Lara, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **August 30, 2014.**

IT IS SO ORDERED this 30th day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.